[No. 2661–3. Division Three. March 22, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURENCE EARL EVANS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 25411, George T. Shields, J., entered September 22, 1977. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Roe, JJ.

[No. 2687–3. Division Three. March 22, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVIS ANTHONY BARQUET, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 3673, Fred R. Staples, J., entered November 21, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Roe, J.

[No. 2700–3. Division Three. March 22, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DARIO GARCIA, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–1–00677–6, Bruce P. Hanson, J., entered December 28, 1977. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson and Roe, JJ.

[Nos. 2706–2; 3080–2. Division Two. March 22, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. DOUGLAS J. TOBIN, *Appellant.*

Appeals from judgments of the Superior Court for Kitsap County, No. 49954, Stanley W. Worswick, J., entered December 21, 1976, and December 21, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Pearson, C.J., and Petrie, J.